IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY ANNE MCCREA, Personal Representative of the Estate of Andrea Mejia, Deceased, and as Successor-in-Interest to her daughter, Andrea Mejia, former Plaintiff;<br><br>Plaintiff,<br><br>vs.<br><br>SOMATICS, LLC,<br><br>Defendant. | **8:21CV3135**<br><br>**ORDER** |

The parties in the above-captioned matter have settled their claims contingent upon the approval of the probate court.

Accordingly,

IT IS ORDERED that:

1) Within sixty (60) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court.

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3) The clerk shall terminate any hearings set for this case.

June 20, 2023.                                     BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge