IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARY ANNE McCREA,

        Plaintiff,

vs.

SOMANTICS, LLC

        Defendant.

Case No. 8:21cv3135

ORDER

Before the Court is the request for transcript of the hearing held on June 20, 2023 regarding Settlement Conference[29].

IT IS ORDERED:

1. The request for transcript, filing [32] is granted.

2. Brooke H. McCarthy, is ordered to pay to the Clerk the amount of $59.95. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $59.95, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearings held on June 20, 2023. A paper copy of the transcript shall be mailed or e-mailed to the requestor, whichever they prefer. A copy of this order should also be e-mailed to the requestor.

DATED: June 23, 2023

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge