IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY ANNE MCCREA, Personal Representative of the Estate of Andrea Mejia, Deceased, and as Successor-in-Interest to her daughter, Andrea Mejia, former Plaintiff;<br><br>Plaintiff,<br><br>vs.<br><br>SOMATICS, LLC,<br><br>Defendant. | **8:21CV3135**<br><br>**ORDER** |

Before the Court is the Request for Transcript of Hearing held on June 20, 2023 [32].

IT IS ORDERED:

1. Brooke H. McCarthy, submitted a deposit with the Clerk of Court in the amount of $59.95. The actual cost of the transcript is $65.40.

2. Brooke H. McCarthy is ordered to submit $5.45 to the Clerk of Court by August 4, 2023 for payment of the balance of the requested transcript.

Dated this 28th day of July, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge